# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| In re: STILES, CHARLES L. § | Case No. 14-82715-LMT |
| STILES, MARY H. § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 05, 2014. The undersigned trustee was appointed on September 05, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     147,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 85,120.32 |
| Administrative expenses | 30,211.80 |
| Bank service fees | 10.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 30,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 1,657.88 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/07/2015 and the deadline for filing governmental claims was 03/04/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,100.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $500.00, for a total compensation of $500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2015         By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-82715-LMT  
**Case Name:** STILES, CHARLES L.  
STILES, MARY H.  
**Period Ending:** 03/05/15

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/05/14 (f)  
**§341(a) Meeting Date:** 10/02/14  
**Claims Bar Date:** 01/07/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6533 Ashdale Close, Rockford, IL 61107 | 160,000.00 | 17,164.45 | | 147,000.00 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Blackhawk State Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Households goods and furnishingsq | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel None of commercial value | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Ring | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | Golf clubs | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Two term life insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 K | 100.00 | 100.00 | | 0.00 | FA |
| 10 | J.V. Pro Inc. - Stock | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Stilpal, Inc.- Stock | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Patent golf travel bag | 100.00 | 0.00 | | 0.00 | FA |
| 13 | 2007 Chrysler 300 | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2000 Mercury Moutaineer | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Computer, Desk and Chair | 200.00 | 0.00 | | 0.00 | FA |
| 15 | **Assets** Totals (Excluding unknown values) | **$172,300.00** | **$17,264.45** | | **$147,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015         **Current Projected Date Of Final Report (TFR):**   July 1, 2015

Printed: 03/05/2015 12:23 PM    V.13.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-82715-LMT  
**Case Name:** STILES, CHARLES L.  
STILES, MARY H.  
**Taxpayer ID #:** **-***2553  
**Period Ending:** 03/05/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $472,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/23/15 | | Title Underwriters Agency | Proceeds from sale of real estate | | | 1,667.88 | | 1,667.88 |
| | {1} | Title Underwriters | Proceeds from Sale of 6533 Ashdale Close | 147,000.00 | 1110-000 | | | 1,667.88 |
| | | PHH Mortgage | Pay off 1st Mortgage | -46,374.06 | 4110-000 | | | 1,667.88 |
| | | CSC Logic | Pay off of 2nd Mortgage | -38,746.26 | 4110-000 | | | 1,667.88 |
| | | Charles & Mary Stiles | Pymt of Debtors' Homestead Exemptions | -30,000.00 | 8100-002 | | | 1,667.88 |
| | | RE/MAX Property Source | Pymt of Real Estate Broker's Commission | -10,290.00 | 3510-000 | | | 1,667.88 |
| | | | Closing Fees & Title Work | -326.25 | 2500-000 | | | 1,667.88 |
| | | | Repairs to Septic and Plumbing | -631.55 | 2420-000 | | | 1,667.88 |
| | | | Forfeited 2013 Property Taxes | -8,341.78 | 2820-000 | | | 1,667.88 |
| | | | Title Insurance | -705.50 | 2500-000 | | | 1,667.88 |
| | | | 2014 and 2015 County Property Taxes | -7,916.72 | 2820-000 | | | 1,667.88 |
| | | | Seller's Closing Costs | -2,000.00 | 2500-000 | | | 1,667.88 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,657.88 |
| | | | **ACCOUNT TOTALS** | | | 1,667.88 | 10.00 | **$1,657.88** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 1,667.88 | 10.00 | |
| | | | Less: Payments to Debtors | | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$1,667.88** | **$-29,990.00** | |

| | | |
|---|---|---|
| Net Receipts : | 1,667.88 | |
| Plus Gross Adjustments : | 145,332.12 | |
| Less Payments to Debtor : | 30,000.00 | |
| Net Estate : | $117,000.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 1,667.88 | -29,990.00 | 1,657.88 |
| | $1,667.88 | $10.00 | $1,657.88 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** January 7, 2015

**Case Number:** 14-82715-LMT  
**Debtor Name:** STILES, CHARLES L.

Page: 1

**Date:** March 5, 2015  
**Time:** 12:23:58 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| EXP 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | FOR 10/14/14 - 12/30/14 | $34.77 | $0.00 | 34.77 |
| ATTY 199 | BERNARD J. NATALE, LTD.<br>6833 STALTER DRIVE, STE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | FEES 10/14/14-02/25/15<br>ATTORNEY HAS VOLUNTARILY TAKEN A REDUCTION IN FEES. | $1,123.11 | $0.00 | 1,123.11 |
| TRTE 199 | BERNARD J. NATALE<br>6833 STALTER DRIVE<br>SUITE 201<br>ROCKFORD, IL 61108 | Admin Ch. 7 | TRUSTEE HAS VOLUNTARILY TAKEN A REDUCTION IN FEES. | $500.00 | $0.00 | 500.00 |
| 1 950 | CSC Logic<br>PO Box 1577<br>Coppell, TX 75019 | Secured | | $45,313.58 | $0.00 | 45,313.58 |
| 2 610 | BMO Harris Bank<br>c/o Matthew M Hevrin<br>100 Park Avenue<br>Rockford, IL 61101 | Unsecured | | $773,087.86 | $0.00 | 773,087.86 |
| 3 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $222.59 | $0.00 | 222.59 |
| 4 610 | Citibank N.A.<br>c/o Citibank (South Dakota), N.A.,ATTN: Claims Dept. MC 2235,701 E 60th Street N<br>Sioux Falls, SD 57117 | Unsecured | | $3,429.11 | $0.00 | 3,429.11 |
| **<< Totals >>** | | | | 823,711.02 | 0.00 | 823,711.02 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-82715-LMT
Case Name: STILES, CHARLES L.
Trustee Name: BERNARD J. NATALE

**Balance on hand:** $ 1,657.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | CSC Logic | 45,313.58 | 45,313.58 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,657.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 500.00 | 0.00 | 500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,123.11 | 0.00 | 1,123.11 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 34.77 | 0.00 | 34.77 |

Total to be paid for chapter 7 administration expenses: $ 1,657.88
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 776,739.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | BMO Harris Bank | 773,087.86 | 0.00 | 0.00 |
| 3 | Capital One, N.A. | 222.59 | 0.00 | 0.00 |
| 4 | Citibank N.A. | 3,429.11 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

```
**Please note that recovery in this matter was unremarkable due to the fact
that the debtors' petition, and information provided by the Winnebago County
Treasurer's Department, failed to indicate that there was more than 1 year of
unpaid property taxes.  It was not discovered until closing of the property
that there was an additional year of forfeited taxes, which resulted in no
net recovery for unsecured creditors.
```

**UST Form 101-7-TFR (05/1/2011)**