# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: STILES, CHARLES L. § Case No. 14-82715
      STILES, MARY H. §
   §
Debtor(s) §

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    327 S Church Street, Room 1100
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 07/08/2015 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  05/04/2015        By:  /s/BERNARD J. NATALE
                                                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: STILES, CHARLES L. | § | Case No. 14-82715 |
| STILES, MARY H. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*        $   154,703.14

*and approved disbursements of*              $   145,342.12

*leaving a balance on hand of* [1]           $     9,361.02

**Balance on hand:**                         $     9,361.02

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | CSC Logic | 45,313.58 | 45,313.58 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                       $    9,361.02

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,431.90 | 0.00 | 2,431.90 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,551.00 | 0.00 | 1,551.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 34.77 | 0.00 | 34.77 |
| Other Expenses: Charles & Mary Stiles | 259.00 | 0.00 | 259.00 |

Total to be paid for chapter 7 administration expenses:   $    4,276.67
Remaining balance:                                        $    5,084.35

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $         0.00
Remaining balance:  $     5,084.35

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $         0.00
Remaining balance:  $     5,084.35

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 776,739.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | BMO Harris Bank | 773,087.86 | 0.00 | 5,060.44 |
| 3 | Capital One, N.A. | 222.59 | 0.00 | 1.46 |
| 4 | Citibank N.A. | 3,429.11 | 0.00 | 22.45 |

Total to be paid for timely general unsecured claims:  $     5,084.35
Remaining balance:  $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-82715-TML
Charles L. Stiles                                                     Chapter 7
Mary H. Stiles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: dpruitt              Page 1 of 1             Date Rcvd: Jun 17, 2015
                              Form ID: pdf006            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
```
db/jdb         #+Charles L. Stiles,    Mary H. Stiles,    6533 Ashdale Close,    Rockford, IL 61107-2602
22358892       +BMO Harris Bank,    228 S. Main Street,    Rockford, IL 61101-1290
22358891       +BMO Harris Bank,    c/o Matthew M Hevrin,    100 Park Avenue,    Rockford, IL 61101-1099
22358893      ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Card,     1500 Bolton Fields Street,    Columbus, OH 43228)
22358894       +CSC Logic,   PO Box 1577,    Coppell, TX 75019-1577
22642689        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22721603       +Citibank N.A.,    c/o Citibank (South Dakota),    ATTN: Claims Dept. MC 2235,
                701 E 60th Street North,    Sioux Falls, SD 57104-0432
22358895       +First National Bank Omaha,    c/o UNI Fund,    10625 Techwoods Circle,
                Cincinnati, OH 45242-2846
22358897       +Hartsought Dermatology,    7402 Riverside Blvd,    Loves Park, IL 61111-5630
22358899       +Malik Eye Institute,    3865 N. Mulford Road,    Rockford, IL 61114-5603
22358901        OSF,    Saint Anthony Medical Center,    5666 E. State St., P.O. Box 5065,
                Rockford, IL 61125-0065
22358902       +PHH Mortgage,    PO Box 5452,    Mount Laurel, NJ 08054-5452
22358903       +SBA,    801 R. Street,    Suite 101,    Fresno, CA 93721-2365
22358904       +Tires Plus,    PO Box 81315,    Cleveland, OH 44181-0315
22358905        Winnebago County Treasurer,    404 Elm Street - Room 205,    P.O. Box 1216,
                Rockford, IL 61105-1216
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22358896       +E-mail/Text: bankruptcy@greenskycredit.com Jun 18 2015 01:15:32     Green Sky Financial,
                PO Box 933614,    Atlanta, GA 31193-3614
22358898       +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 18 2015 01:15:42     Kohl's,   PO Box 3043,
                Milwaukee, WI 53201-3043
22358900       +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 18 2015 01:16:40
                NCO Financail Systems, Inc.,    507 Prudential Road,   Horsham, PA 19044-2368
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2015 at the address(es) listed below:
```
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Matthew M. Hevrin    on behalf of Creditor   BMO Harris Bank, N.A., f/k/a Harris N.A., as the
               assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank, N.A.
               mhevrin@hinshawlaw.com,    jfornal@hinshawlaw.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Debtor Charles L. Stiles sbalsley@bslbv.com
              Stephen G Balsley    on behalf of Joint Debtor Mary H. Stiles sbalsley@bslbv.com
                                                                                             TOTAL: 7
```