**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: STILES, CHARLES L. | § Case No. 14-82715-LMT |
| STILES, MARY H. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $12,300.00             Assets Exempt: $42,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $90,204.67      Claims Discharged
                                                 Without Payment: $818,080.66

Total Expenses of Administration: $34,498.47

---

   3)  Total gross receipts of $ 154,703.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 30,000.00 (see **Exhibit 2**), yielded net receipts of $124,703.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $81,335.55 | $130,433.90 | $130,433.90 | $85,120.32 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 43,224.82 | 34,498.47 | 34,498.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 7,133.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 775,612.44 | 776,739.56 | 776,739.56 | 5,084.35 |
| **TOTAL DISBURSEMENTS** | $864,080.99 | $950,398.28 | $941,671.93 | $124,703.14 |

4) This case was originally filed under Chapter 7 on September 05, 2014. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2015          By: /s/BERNARD J. NATALE
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 6533 Ashdale Close, Rockford, IL 61107 | 1110-000 | 154,703.14 |
| **TOTAL GROSS RECEIPTS** | | **$154,703.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Charles & Mary Stiles | Pymt of Debtors' Homestead Exemptions | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CSC Logic | 4110-000 | 44,600.00 | 45,313.58 | 45,313.58 | 0.00 |
| NOTFILED | PHH Mortgage | 4110-000 | 36,735.55 | N/A | N/A | 0.00 |
| | PHH Mortgage | 4110-000 | N/A | 46,374.06 | 46,374.06 | 46,374.06 |
| | CSC Logic | 4110-000 | N/A | 38,746.26 | 38,746.26 | 38,746.26 |
| **TOTAL SECURED CLAIMS** | | | **$81,335.55** | **$130,433.90** | **$130,433.90** | **$85,120.32** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 34.77 | 34.77 | 34.77 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,102.50 | 1,551.00 | 1,551.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 9,606.75 | 2,431.90 | 2,431.90 |
| Charles & Mary Stiles | 2420-000 | N/A | 259.00 | 259.00 | 259.00 |
| RE/MAX Property Source | 3510-000 | N/A | 10,290.00 | 10,290.00 | 10,290.00 |
| Title Underwriters Agency | 2500-000 | N/A | 326.25 | 326.25 | 326.25 |
| Title Underwriters Agency | 2420-000 | N/A | 631.55 | 631.55 | 631.55 |
| Title Underwriters Agency | 2820-000 | N/A | 8,341.78 | 8,341.78 | 8,341.78 |
| Title Underwriters Agency | 2500-000 | N/A | 705.50 | 705.50 | 705.50 |
| Title Underwriters Agency | 2820-000 | N/A | 7,916.72 | 7,916.72 | 7,916.72 |
| Title Underwriters Agency | 2500-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $43,224.82 | $34,498.47 | $34,498.47 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Winnebago County Treasurer | 5200-000 | 7,133.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $7,133.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | BMO Harris Bank | 7100-000 | 730,624.74 | 773,087.86 | 773,087.86 | 5,060.44 |
| 3 | Capital One, N.A. | 7100-000 | 155.60 | 222.59 | 222.59 | 1.46 |
| 4 | Citibank N.A. | 7100-000 | 5,539.65 | 3,429.11 | 3,429.11 | 22.45 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | OSF Saint Anthony Medical Center | 7100-000 | 322.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Saint Anthony Medical Center | 7100-000 | 971.14 | N/A | N/A | 0.00 |
| NOTFILED | SBA | 7100-000 | 2,025.00 | N/A | N/A | 0.00 |
| NOTFILED | OSF Saint Anthony Medical Center | 7100-000 | 403.40 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financail Systems, Inc. | 7100-000 | 11,485.93 | N/A | N/A | 0.00 |
| NOTFILED | Tires Plus | 7100-000 | 102.50 | N/A | N/A | 0.00 |
| NOTFILED | Malik Eye Institute | 7100-000 | 244.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Sky Financial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 23,362.84 | N/A | N/A | 0.00 |
| NOTFILED | Hartsought Dermatology | 7100-000 | 375.64 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$775,612.44** | **$776,739.56** | **$776,739.56** | **$5,084.35** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-82715-LMT  
**Case Name:** STILES, CHARLES L.  
STILES, MARY H.  
**Period Ending:** 08/24/15

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/05/14 (f)  
**§341(a) Meeting Date:** 10/02/14  
**Claims Bar Date:** 01/07/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 6533 Ashdale Close, Rockford, IL 61107 | 160,000.00 | 8,374.45 | | 154,703.14 | FA |
| 2 | Cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Blackhawk State Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Households goods and furnishingsq | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel None of commercial value | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Wedding Ring | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | Golf clubs | 200.00 | 0.00 | | 0.00 | FA |
| 8 | Two term life insurance policies | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 401 K | 100.00 | 100.00 | | 0.00 | FA |
| 10 | J.V. Pro Inc. - Stock | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Stilpal, Inc.- Stock | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Patent golf travel bag | 100.00 | 0.00 | | 0.00 | FA |
| 13 | 2007 Chrysler 300 | 5,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2000 Mercury Moutaineer | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Computer, Desk and Chair | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Assets    Totals (Excluding unknown values) | $172,300.00 | $8,474.45 | | $154,703.14 | $0.00 |

**Major Activities Affecting Case Closing:**

ORGINAL TRF WITHDRAWN.  TRUSTEE TO RECOVER ADDITIONAL FUNDS FROM MORTGAGE LENDER WHO ISSUED PAYOFF LETTER FOR REAL ESTATE CLOSING IN ERROR.  UPON RECEIPT OF ADDITIONAL FUNDS TRUSTEE SHALL PREPARE AMENDED TFR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2015       **Current Projected Date Of Final Report (TFR):** May 4, 2015  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 14-82715-LMT | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | STILES, CHARLES L. | | **Bank Name:** | Rabobank, N.A. |
| | STILES, MARY H. | | **Account:** | ********66 - Checking Account |
| **Taxpayer ID #:** | **-***2553 | | **Blanket Bond:** | $8,842,000.00  (per case limit) |
| **Period Ending:** | 08/24/15 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/23/15 | | Title Underwriters Agency | Proceeds from sale of real estate | | 1,667.88 | | 1,667.88 |
| | {1} | Title Underwriters | Proceeds from Sale of 6533 Ashdale Close | 147,000.00 | 1110-000 | | 1,667.88 |
| | | PHH Mortgage | Pay off 1st Mortgage  -46,374.06 | 4110-000 | | | 1,667.88 |
| | | CSC Logic | Pay off of 2nd Mortgage  -38,746.26 | 4110-000 | | | 1,667.88 |
| | | Charles & Mary Stiles | Pymt of Debtors' Homestead Exemptions  -30,000.00 | 8100-002 | | | 1,667.88 |
| | | RE/MAX Property Source | Pymt of Real Estate Broker's Commission  -10,290.00 | 3510-000 | | | 1,667.88 |
| | | | Closing Fees & Title Work  -326.25 | 2500-000 | | | 1,667.88 |
| | | | Repairs to Septic and Plumbing  -631.55 | 2420-000 | | | 1,667.88 |
| | | | Forfeited 2013 Property Taxes  -8,341.78 | 2820-000 | | | 1,667.88 |
| | | | Title Insurance  -705.50 | 2500-000 | | | 1,667.88 |
| | | | 2014 and 2015 County Property Taxes  -7,916.72 | 2820-000 | | | 1,667.88 |
| | | | Seller's Closing Costs  -2,000.00 | 2500-000 | | | 1,667.88 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,657.88 |
| 04/30/15 | {1} | Mortgage Service Center | Additional Funds Received from Mortgage Lender on Payoff of Mortgage | 1110-000 | 7,703.14 | | 9,361.02 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82715, BOND #016018067 Voided on 06/08/15 | 2300-003 | | 15.92 | 9,345.10 |
| 06/08/15 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/08/2015 FOR CASE #14-82715, BOND #016018067 Voided: check issued on 06/08/15 | 2300-003 | | -15.92 | 9,361.02 |
| 07/08/15 | 102 | BERNARD J. NATALE | Dividend paid 100.00% on $2,431.90, Trustee Compensation;  Reference: | 2100-000 | | 2,431.90 | 6,929.12 |
| 07/08/15 | 103 | Charles & Mary Stiles | Dividend paid 100.00% on $259.00, Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs);  Reference: UTILITIES PD BY DEBTORS | 2420-000 | | 259.00 | 6,670.12 |
| 07/08/15 | 104 | BMO Harris Bank | Distribution paid   0.65% on $773,087.86; Claim# 2; Filed: $773,087.86; Reference: | 7100-000 | | 5,060.44 | 1,609.68 |
| 07/08/15 | 105 | Citibank N.A. | Distribution paid   0.65% on $3,429.11; Claim# | 7100-000 | | 22.45 | 1,587.23 |
| | | | Subtotals : | | $9,371.02 | $7,783.79 | |

{} Asset reference(s)

Printed: 08/24/2015 02:57 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-82715-LMT  
**Case Name:** STILES, CHARLES L.  
STILES, MARY H.  
**Taxpayer ID #:** **-***2553  
**Period Ending:** 08/24/15

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ********66 - Checking Account  
**Blanket Bond:** $8,842,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4; Filed: $3,429.11; Reference: | | | | |
| 07/08/15 | 106 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.46 | 1,585.77 |
| 07/08/15 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,585.77 | 0.00 |
| | | | Dividend paid 100.00%  1,551.00 on $1,551.00; Claim# ATTY; Filed: $3,102.50; Reference: FEES 10/14/14-02/25/15 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%  34.77 on $34.77; Claim# EXP; Filed: $34.77; Reference: FOR 10/14/14 - 12/30/14 | 3120-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 9,371.02 | 9,371.02 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,371.02 | 9,371.02 | |
| | | | Less: Payments to Debtors | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,371.02** | **$-20,628.98** | |

| | |
|---|---|
| Net Receipts : | 9,371.02 |
| Plus Gross Adjustments : | 145,332.12 |
| Less Payments to Debtor : | 30,000.00 |
| Net Estate : | $124,703.14 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********66 | 9,371.02 | -20,628.98 | 0.00 |
| | $9,371.02 | $9,371.02 | $0.00 |

{} Asset reference(s)

Printed: 08/24/2015 02:57 PM    V.13.25